| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

As reflected on my 2008 report, I closed my retirement account that was in the Maupin Taylor, P.A. Profit Sharing Plan in 2008. In closing the account, I sold the various funds that were in the account. I then took the cash proceeds, established an IRA through Northwestern Mutual Investment Services, and rolled the cash proceeds into the IRA. The IRA investments are reflected in the 2008 report and the 2009 report. During 2009, I no longer had any investment in the Maupin Taylor, P.A. Profit Sharing Plan. Thus, the Maupin Taylor, P.A. Profit Sharing Plan information from the 2008 report has dropped out of the 2009 report.

As for the two whole life policies from Northwestern Mutual reflected in my 2008 report, I converted those policies to fixed paid up on November 30, 2008. Thus, although I still own the policies, my insurance agent advises me that the money is no longer invested in the portfolios described in my 2007 report and in my letter to the Committee dated July 11, 2008. Instead, my insurance agent advises me that the money in the paid up whole life insurance policies is invested in the Nortwestern Mutual general account, but is not invested in the portfolios listed in the 2007 report. Thus, as with the 2008 report, the 2009 report lists the two paid up whole life insurance policies.

I became the co-trustee of a ▢ trust in January 2008. I added information concerning that trust in the 2008 report. The report lists the trust as "Trust No. 1." I remain the co-trustee and have reported the information in the 2009 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Susan J. Blott
Chief District Judge

Judge's Chambers
United States District Court
For the Southern District of Ohio
227 Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202

(513) 564-7630

**VIA FEDERAL EXPRESS**

May 10, 2010

Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, D.C. 20544

Re: 2009 Financial Disclosure Report

Dear Committee Members:

Please note that the report that I am filing is for me alone and not [redacted] The reason is that this was a second marriage for both of us. [redacted] I were married on December 7, 1991. Both of us had substantial assets coming into the marriage. There is a prenuptial agreement between us. [redacted] I keep our assets and tax returns separate, and I do not have access to any of his financial information.

Enclosed you will find an original and three copies of my Financial Disclosure Report for January 1, 2009 through December 31, 2009.

If the Committee needs any further information, please do not hesitate to contact me at (513) 564-7630.

Sincerely,

c:     George D. Reynolds, Esq.

Enclosures